IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Petitioner,                  No. CIV S-02-2563 FCD DAD P

    vs.

WARDEN GALAZA, et al.,

    Respondents.             ORDER

                              /

        Petitioner, a state prisoner proceeding pro se, has filed a timely notice of appeal from this court's December 7, 2006 denial of his application for a writ of habeas corpus. In his notice of appeal, petitioner requests continuation of his in forma pauperis status on appeal and appointment of counsel.

        An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith. 28 U.S.C. § 1915(a)(3). In the present case, it appears that petitioner's appeal is taken in good faith.

        Counsel may be appointed at any stage of a habeas corpus proceeding "if the interests of justice so require." 18 U.S.C. § 3006A. See also Rule 8(c), Fed. R. Governing § 2254 Cases. The interests of justice do not require appointment of counsel in this case.

/////

1

A federal habeas petitioner must obtain a certificate of appealability in order to appeal a denial of relief where "the detention complained of arises out of process issued by a State court." 28 U.S.C. 2253(c)(1)(A). "[A] certificate of appealability 'is not required when a state prisoner challenges an administrative decision regarding the execution of his sentence.'" Rosas v. Nielsen, 428 F.3d 1229, 1231 (9th Cir. 2005) (per curiam) (quoting White v. Lambert, 370 F.3d 1002, 1010 (9th Cir. 2004), cert. denied sub nom. White v. Morgan, 543 U.S. 991 (2004), reh'g denied, 544 U.S. 944 (2005). Thus, the district court must consider "who made 'the detention decision complained of by the state prisoner,' an administrative body or a judicial one, in determining whether a certificate of appealability is required." 428 F.3d at 1231 (quoting White, 370 F.3d at 1010). Here, petitioner complained of an administrative decision finding him guilty of a prison disciplinary charge. No certificate of appealability is required, and none will be issued.

IT IS ORDERED that:

1. Petitioner's appeal has been taken in good faith for purposes of 28 U.S.C. § 1915(a)(3);

2. Petitioner's December 20, 2006 request for appointment of counsel is denied; and

3. No certificate of appealability is required with regard to the state administrative decision at issue in this case, and the Clerk of the Court is directed to process petitioner's appeal.

DATED: January 3, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE